**In re: MCC EVENTS MANAGEMENT, INC., a California Corporation, Debtor.**

**Mcc Events Management, Inc., a California Corporation, Appellant,**

v.

**Eddie J. Milligan and Kjell H. Qvale, Appellees.**

No. 99–56937.

D.C. No. CV–98–10076–LGB.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 15, 2003.

Decided Feb. 21, 2003.

Before FRIEDMAN,* KOZINSKI and RAWLINSON, Circuit Judges.

* The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

### MEMORANDUM**

The bankruptcy court and the district court properly ruled that Milligan did not usurp a corporate opportunity belonging to MCC Events Management, Inc. *See Robinson, Leatham & Nelson, Inc. v. Nelson,* 109 F.3d 1388, 1392 (9th Cir.1997) (stating that "a corporate opportunity exists" only when the "corporation has the capacity to engage" in the proposed activity) (citation and alteration omitted).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

